Apendix "A"

Appendix "A"

# Exhibit 1

(Guevones 2018, 2019, 2020)

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2018150582

Date Received: JUN 1 8 2018

Date Due: 28 July 2018

Grievance Code: 522U

Investigator ID #: I2612

Extension Date: _____

Date Retd to Offender: JUL 05 2018

Offender Name: Herbert Darrell HAY   TDCJ # 263672

Unit: Pack   Housing Assignment: A-1-14

Unit where incident occurred: Pack

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Risk Mgt, Mr. Henson & F. Avila, M.D.   When? 6/15/18

What was their response? None -- Ice been complaining for years (last 6/24/18)

What action was taken? None -- Never received a response to my sickcall request by Warden order by M.D.

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 6/15/2018, It rained, as the Dining room was so slick you had to hug the walls. On Dorm 1, I am repeatedly, since they installed air conditioner, have repeated slipped on the floor due to leaky condensation from the Vents. On May 24, 2018, I write to Mr. Henson & to Risk Mgt, and Nothing since this is an item to correct the extremely high risk of falls & injuries. Not a day goes by that we don't have to tread those slippery floors. As an inmate with orthoarthritises in my knees, hands, and feet, I am vulnerable to slippery falls. There are solutions that can be purchased to put on the floor in those areas to make them non-skid. I suggest this last month, while you certainly don't have to do what I suggest I thought it was a good suggestion but Inmates with movement-disabilities like myself are particularly at risk -- My last slip which I've been to the doctor once, and this month again (last week) he was suppose to have ordered pain meds, but he didn't, just this morning, I discovered a Bulge (about 1 or 1½ inch protrudes) in my lower abdomen -- I have submitted a sick call to verify a hernia.

An inmate with movement disabilities aged over 65 years, is at a Substantial risk of serious injury or death by being forced to walk daily on Wet & Uneven surfaces (e.g. they have times put Wet bags down) on Housing & Dining room! That's unacceptable as that causes additional problems that increases the risk. I slipped so Bad, it gave me a Hernia.

---

Appendix F

Under the _____ as the lack of adequate supervisor of the SS1-Janitors -- they fail to keep signs up, and day of month, they have failed to put down even temporary non-skid materials. for a known fall hazard in Housing & Dining room. This is particularly an ADA / Sec 504 failure-to-accommodate claim because Mr. Heneris, & Risk Mgt offices has had over 30 days to cover these slippery areas with non-skid materials.

28 CFR § 35.130(b)(7) or 35.151 (2003), ADA / Sec 504

Tx C.R. & Rem Code §107,001 -.008 (Vernon 2005) enforced by a.c.

(American Spot Cooling)

JUN 2 8 2018

**Action Requested to resolve your Complaint.** reasonable accommodation: Use of non-skid materials on floor until Vents & leaks can be permanetly fixed; proper use of signs. Adequate cleaning, and temporary relief.

**Offender Signature:** X Herbert Durell Hay, #263672   **Date:** 06/15/2018

**Grievance Response:**

Your complaint has been noted however, there is no evidence to support your claim. Any safety hazard concerning water on the floor is immediately cleaned up by food service and a wet floor sign is used. No further action is warranted.

**Signature Authority:** _RWild_   **Date:** 6/30/18

you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. ate the reason for appeal on the Step 2 Form.

**eturned because:**   ***Resubmit this form when the corrections are made.**

] 1. Grievable time period has expired.

] 2. Submission in excess of 1 every 7 days. *

] 3. Originals not submitted. *

] 4. Inappropriate/Excessive attachments. *

] 5. No documented attempt at informal resolution. *

] 6. No requested relief is stated. *

] 7. Malicious use of vulgar, indecent, or physically threatening language. *

] 8. The issue presented is not grievable.

] 9. Redundant. Refer to grievance # _____

] 10. Illegible/Incomprehensible. *

] 11. Inappropriate. *

51 Printed Name/Signature: _____

plication of the screening criteria for this grievance is not expected to adversely fect the offender's health.

edical Signature Authority: _____

<table>
<tr><td colspan="2">**OFFICE USE ONLY**</td></tr>
<tr><td>Initial Submission</td><td>UGI Initials: _____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2ⁿᵈ Submission</td><td>UGI Initials: _____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3ʳᵈ Submission</td><td>UGI Initials: _____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

27 Back (Revised 11-2010)

Appendix F



Texas Department of Criminal Justice

NOV 16 2018

# STEP 2 OFFENDER GRIEVANCE FORM

Grievance #: **2018150582**

UGI Recd Date: AUG 03 2018

HQ Recd Date: **AUG 13 2018**

Date Due: **9-12**

Offender Name: Herbert Darrell Hay   TDCJ # 263672

Grievance Code: **522**

Unit: PACK   Housing Assignment: A-1-88

Investigator ID#: **I2358**

Unit where incident occurred: Pack,

Extension Date: 10-22-18

You must attach the completed Step 1 Grievance that has ~~~~ by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has ~~~~ unprocessed.

Give reason for appeal (Be Specific). I am dissatisfied with the response at Step 1 because:# 2018150582 :

Failed to address merits. Acollege that Water on floor due to condensation in Vents due to air conditioning and rain in Dorm 1 & Dining room -- I slipped twice once on Dorm 1 at once in Dining room (Right Side) both these area are dirty Wet -- Previous grievances alerted unit official for need of remedial measures. Signs are not sufficient and are not always there. Condensation leads to mold in vents (not cleaned). These conditions are due to concrete floors (an obvious hazard when wet) due to high humidity & extreme temperatures Consist of a Premises defect or negligent use of personal property (e.g Water Warning signs by inmates). From window or others these conditions are known to all staff & maintenance personnel & no remedial measures have been taken to protect aged & disabled inmates. The reasonable accommodation -- to put down grit surfaces in showers is a reasonable accommodation - There been no work orders made on Condensation,

I-128 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

Appendix G

The response dated 6/30/18 is signed by Unknown person, No printed Name
No title. Signature unreadable.

Offender Signature: Herbert Darnell HAy  #263672   Date: 07/09/2018

**Grievance Response:**

Your grievance has been investigated.  This issue was appropriately addressed at the Step 1 level.
The appropriate signage is used, and safety hazards are cleaned up as soon as they are noted.
Proper procedures are being followed.  No further action required.
J. Lopez, ARD  10/19/18

Signature Authority: _____   Date: _____

Returned because:   *Resubmit this form when corrections are made.*

☐ 1.  Grievable time period has expired.

☐ 2.  Illegible/Incomprehensible.*

☐ 3.  Originals not submitted. *

☐ 4.  Inappropriate/Excessive attachments.*

☐ 5.  Malicious use of vulgar, indecent, or physically threatening language.

☐ 6.  Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission                     CGO Initials: _____

Date UGI Rec'd: _____

Date CGO Rec'd: _____

(check one) ____ Screened     ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

2nd Submission                     CGO Initials: _____

Date UGI Rec'd: _____

Date CGO Rec'd: _____

(check one) ____ Screened     ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission                     CGO Initials: _____

Date UGI Rec'd: _____

Date CGO Rec'd: _____

(check one) ____ Screened     ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                                    Appendix G

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2019135278

Date Received: JUN 07 2019

Date Due: 07-07-19

Grievance Code: 815

Investigator ID #: I-2047-2133

Extension Date: _____

Date Retd to Offender: JUL 02 2019

Offender Name: Hay, Herbert    TDCJ # 2763672

Unit: Pack    Housing Assignment: A-1-33

Unit where incident occurred: Pack Unit

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Major Sullivan    When? 06-03-19

What was their response? I-60

What action was taken? No action taken, I submit Step 1 Grievance

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

ON 06-01-2019 and at 0500Am I presented my pass for showers to Officer Bossier cow he called infirmary security and then he let me out saying "They are ready for you". Inmate Julian Maldonado #1504198 and I proceeded to the infirmary door. Ms. Kaynode cott stopped Maldonado asking him "What" he displayed his pass and she opened the door widely for him to get in. I displayed my pass and said showers, went in and sat down. I heard Sgt. Armand hollering stating "Inmate come back here, you can't come in here like you own it". I proceeded over to Maldonado. Lt. Daughtry stated "these are transgenders" loud enough for other offenders to hear. I heard some of them snickering. The Lt ordered Maldonado to get out. Due to me standing there he ordered me to get out when I didn't move he ordered me to get out. I told him I can't get out unless this offender in front of me move. The officer Kaynode appeared confused as she just allowed us to go into showers and she asked "when do you want me to shower he replied let them wait a little while and shower them.

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

Sgt. Amerson was not professional and wasn't trained properly. I thi This is retaliation due to previous grievances filed against Sgt. Amerson and his staff.

**Action Requested to resolve your Complaint:** Transfer to a unit that is trained to handle transgender offenders without embarrassing them. Confidential interrogation. No harrassment.

**Offender Signature:** _Kevin Duvall Reg 262072_   **Date:** 06/06/2019

**Grievance Response:**

**Your grievance has been received and investigated. There was no evidence found to substantiate your allegations against Sgt. Amerson and Lt. Daughtry. No further action warranted at this time.**

**Signature Authority:** _____   **Date:** 0-7-01-19

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

**Medical Signature Authority:** _____

-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials: _____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| 2nd Submission | UGI Initials: _____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| 3rd Submission | UGI Initials: _____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |

Appendix F



NOV 19 2019

**Texas Department of Criminal Justice**

# STEP 2    OFFENDER
GRIEVANCE FORM

Offender Name: *Herbert D. Hay*    TDCJ # *263672*

Unit: *PACE*    Housing Assignment: *A-1-38*

Unit where incident occurred: *PACE*

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | *2019135278* |
| UGI Recd Date: | JUL 03 2019 |
| HQ Recd Date: | JUL 0 8 2019 |
| Date Due: | *08-12* |
| Grievance Code: | *875* |
| Investigator ID#: | *T1364* |
| Extension Date: | *9/21* |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

Grievance Response (to #2019135278) investigation consisted of a written Response by Sgt Emison + Odughtery. It failed to interview the nurses present or the inmates given. So it was simply a denial, No investigation & a Rubber stamping by the Warden whom condones such improper and discrimination toward transgender inmates.

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

Offender Signature: X _Herbert Darrell Gay #263672_   Date: 0 7 / 0 2 / 2019

Grievance Response:

Your Step 2 grievance has been investigated by this office.  There is insufficient evidence to support your allegations of unprofessional conduct by the staff named in your complaint.  Staff conduct will continue to be monitored to ensure professionalism and policy compliance.  Based on the information available at this time, no further action warranted.

Signature Authority: **B. BARNETT**   _B Barnett_   Date: SEP 2 7 2019

Returned because:    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission          CGO Initials: _____

Date UGI Rec'd:_____

Date CGO Rec'd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

2nd Submission          CGO Initials: _____

Date UGI Rec'd: _____

Date CGO Rec'd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission          CGO Initials: _____

Date UGI Rec'd: _____

Date CGO Rec'd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                                                  Appendix G

# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2019142293

Date Received: JUN 21 2019

Date Due: 08-05-19

Grievance Code: 6AA

Investigator ID #: 12647

Extension Date: _____

Date Retd to Offender: OCT 04 2019

Offender Name: Herbert Darrell Hay    TDCJ # 263672

Unit: Pack    Housing Assignment: A-1-38

Unit where incident occurred: Pack unit

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? I go to Stroble, SPN    When? 6/17/2019

What was their response? None

What action was taken? None

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 06/17/2019, the officer tellus to go to Pill line yee were going. The Pill Line officer told me to go to the window which Mrs. Thomas, aide, was at. I did so & Mrs. Thomas begin hollering in a rude manner telling me she wasn't ready, then almost immediately, told the inmate behind me to come -- The officer told me to go to the window. Mrs. Thomas started talking rudely to me again. I told her, "You don't have to talk to me that way, I am just doing what I am told." She said, "That officer isn't running the Pill window." Mrs. Thomas called me a "Bitch" then said, "Oh, your not a female yet." or words to that effect. Mrs. Coordon was present and inmates standing at the window & in line. I felt humiliated & degraded by her unprofessional conduct.

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

This is the second time this employee has outed me in Public to other inmate. And the second official to do so. This discrimination isn't done to the others, is have been singled out by her because is have filed grievances before on her misconduct.

Re-Write for 2019141733 Screening #10

**Action Requested to resolve your Complaint.**

Transfer to a unit that has personnel trained to handle Transgender inmates. & Investigation into her conduct, and issuance of Policy, Intention "outing" inmates.

Offender Signature: X Herbert Darrell Hay, #263642        Date: 06/21/2019

**Grievance Response:**

There is no documentation to support said allegations toward staff member. If you have any medical issues submit a sick call, no further action warranted.

Signature Authority: _____        Date: 9/25/19

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:        *Resubmit this form when the corrections are made.

] 1. Grievable time period has expired.
] 2. Submission in excess of 1 every 7 days. *
] 3. Originals not submitted. *
] 4. Inappropriate/Excessive attachments. *
] 5. No documented attempt at informal resolution. *
] 6. No requested relief is stated. *
] 7. Malicious use of vulgar, indecent, or physically threatening language. *
] 8. The issue presented is not grievable.
] 9. Redundant, Refer to grievance #_____
] 10. Illegible/Incomprehensible. *
] 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |

Appendix F

NOV 19 2019

**Texas Department of Criminal Justice**

# STEP 2 OFFENDER
## GRIEVANCE FORM

Offender Name: Herbert Darrell Hay   TDCJ# 263672

Unit: PACK   Housing Assignment: A-1-38

Unit where incident occurred: PACK Unit

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Grievance #:</td><td>2019142293</td></tr>
<tr><td>UGI Recd Date:</td><td>OCT 07 2019</td></tr>
<tr><td>HQ Recd Date:</td><td>OCT 10 2019</td></tr>
<tr><td>Date Due:</td><td>11-21</td></tr>
<tr><td>Grievance Code:</td><td>ROU</td></tr>
<tr><td>Investigator ID#:</td><td></td></tr>
<tr><td>Extension Date:</td><td></td></tr>
</table>

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific). I am dissatisfied with the response at Step 1 because. See # 2019142293 response.
Response failed to address or investigate witness — where are their documents?? The response in Step 1 original there doesn't only if you create them — My testimony is evidence, Her retaliatory conduct or complaint to your using the grievance system is a first amendment violation — You have the medication records, so you can determine who was at the verbal session I was that was being processed by Thomas, D. while I was being processed by the other lady. It doesn't need a rocket scientist to do this — that's your job — so its clear, you don't want any documentation. This is the second time she has "outed" me on my transgender status, one there was a whole room the first time & you responded the same way. You are simply rubber stamping your employees violating my constitutional rights & Federal law by releasing Confidential information that she shouldn't have access to in the first instance. Such practices of using medication Aides to perform nurses duties (Vital etc exam) and being allowed access to information they have not been properly trained to handle reflects your deliberate Indifference to the release of that information when brought to your attention.

**I-128 Front** (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

**Offender Signature:** *Herbert Durell Hay, #263672*     **Date:** 10 / 07 / 2019

**Grievance Response:**

…eview of the Step 2 medical grievance has been completed regarding your request to be transferred to a unit with staff who are trained to …ate to transgender people. You also complained of a named staff member who you stated spoke to you in a rude manner on 6/17/2019 and …uted`` you as transgender, which violated your privacy.

…ep 2 medical grievance agrees with the findings and response from Step 1. No documentation was found in your electronic health records …HR) of the event you stated occurred on 6/17/2019 at the Pill Window. The allegations of misconduct or reprisal by staff will be investigated …d, even if substantiated, is privileged information and will not be revealed to the grievant. Please note, medical transfers are determined by …e health care provider based on whether an offender`s medical needs can be met at the current facility. The provider submits a request when …is determined your medical needs cannot be met at your unit of assignment (UOA). Health services staff and Classification review the request, …owever, the final decision to transfer an offender is made by Classification.

…ocumentation indicates since the time the Step 1 medical grievance was answered, you have continued to be seen in accordance with …orrectional Managed Health Care Policy E-37.1. If you feel your situation has changed to warrant further evaluation, you are advised to submit … Sick Call Request (SCR) to the medical department. The review of the documentation indicates that you did not attempt informal resolution. …our facility has an Informal Complaints Process in place per Correctional Managed Health Care Policy A-12.1, Attachment A, HSA-34. In the …ature, you must first attempt resolution through this process.

**Signature Authority:** _____   **STEP II MEDICAL GRIEVANCE PROGRAM OFFICE OF PROFESSIONAL STANDARDS TDCJ HEALTH SERVICES DIVISION**   **Date:** 10/15/19

**Returned because:**     *Resubmit this form when corrections are made.

☒ **1. Grievable time period has expired.**

☒ **2. Illegible/Incomprehensible.***

☒ **3. Originals not submitted. ***

☒ **4. Inappropriate/Excessive attachments.***

☒ **5. Malicious use of vulgar, indecent, or physically threatening language.**

☒ **6. Inappropriate.***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

Initial Submission     CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened     ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

2nd Submission     CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened     ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission     CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened     ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back (Revised 11-2010)**

Appendix G

# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2019112237

Date Received: APR 23 2019

Date Due: 06-07-19

Grievance Code: 619

Investigator ID #: 264

Extension Date: 7-22-19

Date Retd to Offender: JUL 11 2019

Offender Name: Herbert Darrell Hay    TDCJ # 263672

Unit: PACE    Housing Assignment: A-1-38

Unit where incident occurred: PACE Unit

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? I-60 to Practice Manger Strokler,    When? 4/10/2019

What was their response? None, short-stopped by staff as I usually receive a response

What action was taken? None, see attach copy of I-60    APR 22 2019

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 4/10/2019 at 4:30, I was stopped when trying to get in Pill line and ordered to go back to Dorm, -- No opportunity to go Pill was given.

At Supper (5:30pm) I went to pill line -- gave I.D. to Nurse Hays. She said, "You had to get your meds in A.M." I ASKed the Lt. denied to access. She said, "I don't care, I'm not giving your meds to you." Rather than argue, I left.

On 4/10/2019 at 6:51 PM, I asked Ct. Brown about the denial of access that morning, as to what was going on." He said, "This is what's happening. If I tell you to go back to your wing, you go back to your wing!" He left. The same at the Dorm I Park, APR 22 2019

APR 22 2019

First, I was denied access to pill window, then given no opportunity to go later. At 5:30 PM, I again attempted to get my "daily" non-kop meds. Mrs. Hayes intentionally & deliberately denied those "daily" meds to me because I didn't get them in the morning. There is no written policy, that I've had Notice of that requires me to get these meds only in the A.M. That's Summary punishment for not obeying unwritten rules & regulations. APR 22 2019

APR 22 2019

My medication is suppose to be my choice when I get it & I normally get it in the afternoon, but the orders try to    ✓ APR 22 2019

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

everyone to eor at the sone time, when they dont they deny a la. I have repeatedly detailed this portier in the past. And Mrs. Hayes has twice arest denied me medertion because I did not get it in the MORNING — even though I was turned away in the morning, I keep a legal Scrow_____ & write declarations when these incidents happen in ente and under oath of perjury so they are timely set in witte from when they happen. APR 2 2 2019

attached: 2 page. I-60 to
be sent to both levels (Step 1 & Step 2) for investigation at Both

**Action Requested to resolve your Complaint.** Investigation as my informal resolution was stopped by staff, and ast returned and stopper, the summry mindset & coercion to just melt in A MANA to daily.

**Offender Signature:** X Herbert Darell Hay, #263672   **Date:** 04/22/2019

**Grievance Response:**




**Signature Authority:** K Spler   **Date:** 6/28/19

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *   APR 2 2 2019
☒ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** A Chle / A Ch

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission       UGI Initials: AC
Grievance #: 2091114586
Screening Criteria Used: 04
Date Recd from Offender: APR 2 2 2019
Date Returned to Offender: APR 2 2 2019
**2nd Submission**       UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
**3rd Submission**       UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F



AUG 16 2019

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: _Herbert D. HAY_     TDCJ # _263672_

Unit: _PACK_     Housing Assignment: _A-1-38_

Unit where incident occurred: _PACK_

| OFFICE USE ONLY |
| --- |
| Grievance #: _2019112237_ |
| UGI Recd Date: _7-15-19_ |
| HQ Recd Date: _JUL 22 2019_ |
| Date Due: _08-31_ |
| Grievance Code: _619_ |
| Investigator ID#: _I0352_ |
| Extension Date: |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

Grieve response (# 2019112237) is unreliable. It is also a failure to address the merits of my complaint.

First, I was denied access to the pill line by security, and then when I went in the afternoon ~ I was again denied access to my medication due to un-written policy of aide's design which over rule a doctor's orders to give me my medication.

Second, I attempted to get my meds twice & due to no fault of my own I was refused meds, simply to enforce a petty aide's rule to "only" get it in the morning (by denying me my meds. When I explained that security interfered with me accessing the pill line, I was given no chance before 5:30 AM to access the pill line to get my meds. So she should have given me my meds when I was able to go to pill line.

My meds are automatically renewed a certain No. of times, and they were not limited to a particular time. I was getting them in the afternoon till "forced" by the aides to go in the morning. In which the line is so long that they are constantly sent back, and there is no guarantee that you'll even get a chance to go back ~ which I didn't that day!

**I-128 Front** (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

if it prevents the patient from getting his doctor ordered meds then this practice is unethical as it hurts the patient in the long run & violates the doctors orders to give the patient his medication.

**Offender Signature:** Herbert Darell Hay, #263672   **Date:** 07/12/2019

**Grievance Response:**

A review of your Step 2 medical grievance was completed about being denied access to the pill window and was not given the opportunity to g
back later on 04/10/2019. Your action requested was for an investigation and get your medications in the morning (AM).

An appellate review of the Step 2 medical grievance and electronic health records (EHR) indicates you were given appropriate information in th
Step 1 medical grievance response. Upon further investigation, you were prescribed Ranitidine medication by the provider on 04/10/2019. The
statement provided does not support the name nurse having any contact with you on 04/10/2019.

You are advised to continue to go to the pill window to receive your medication as prescribed by the provider. According to CMHC Policy A-01.
Access to Care, you have been provided access to health care services for your medical concerns. Please submit a SCR to Medical if you feel you
situation needs further evaluation. No further action is warranted at this time through the grievance process.

**STEP II MEDICAL GRIEVANCE PROGRAM**
**OFFICE OF PROFESSIONAL STANDARDS**
**TDCJ HEALTH SERVICES DIVISION**

**Signature Authority:** _____   **Date:** 7/26/19

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

(Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

2nd Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**Appendix G**

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2020002082 |
| Date Received: | SEP 05 2019 |
| Date Due: | 10/15/19 |
| Grievance Code: | 01 |
| Investigator ID #: | 12047 |
| Extension Date: | |
| Date Retd to Offender: | OCT 01 2019 |

Offender Name: Herbert DARRELL HAY   TDCJ # 263672

Unit: PACK   Housing Assignment: A-1-38

Unit where incident occurred: PACK

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. Hurd   Safe Prison

Who did you talk to (name, title)? Mr. Falberg, Chief of unit   When? 08/29/2019

What was their response? Said he will try to alert re-training

What action was taken? None

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 09/01/2019, I requested transfer to an AC safekeeping as I'm a transgender [male to female], I go by Debbie Noe, I'm on hormone injections, and have developed Breast. I've been outed by two staff members (Daughtery, tt and D. Thomas, Cert. Med. Aide; and twice during shakedowns. I have been subjected to routine daily Pat-downs by Mr. Thomas, who touched my Breast with her palms and hitting my Breast causing me Physical Pain; cause my breast are growing -- as a result of Informal resolution the Major said he will re-train personnel. However, since then, I have been shaken up close by male and female officers who have grabbed my Breasts [palms in -- instead of out. The most recent by the door officer: assigned to infirmary -- 08/29/2019 -- I reported it to M. SUARZA, MHTC, LPCI at Mental She said. "I have to report this sexual assault. I explained to her that the door officer, a short Black lady had grabbed my Breast, and then rubbed my nipples through my shirt Pocket. She reported it to Mr. Hurd, safe PRISON / PREA whom came and escorted me out of the infirmary. [Woodard] MHA

On 08/24/2019, the short, Black female officer, who had routinely shook me down in the infirmary worked Dorm 1, and stood at my cubicle and stared at me while I was doing Legal work. So I felt I had better document the incident (sexual assault) (before she started retaliating against me)

This type of mass-sex Pat downs violate my civil rights, and these officers are suppose to be trained in handling TRANSgender inmates on routine shakedowns. I feel uncomfortable on this Unit, as half the time up to six officers are out on Emergency hospital trips; and re-staffing leaves one officer per 4 DORMS

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

One officer does not provide adequate security to 4 large dorms w/Blind spots that can't be seen from the hall posts, I, and other Transgender recieved a Lot of Sexual Harassment. I have repeatedly sought safekeeping (A.C.) and recieved nothing in reply. As my breast get larger, my risks go up in such an unsafe enviroment that is chronically overcrowded and understaffed.

| Re-Write of 2020000047 | | | |
| Screening # 10 | | | |
| illegible / incomprehensible. | | | |

Action Requested to resolve your Complaint.

Transfer to Safekeeping, to a unit with safekeeping A.C., or to female unit. Re-training of staff, Use of Metal detectors instead of Pat downs,

Offender Signature: X Herbert Danell Hay, #263672    Date: 09/03/2019

Grievance Response:

Your grievance has been received and investigated. A thorough investigation was conducted by Major Sullivan. Officer Woodard was interviewed and provided statement in regards to your allegations. Officer Woodard denies touching or rubbing your breast or nipples and states she was conducting a pat search of said offender according to policy. There is no evidence to support your allegations of staff misconduct or staff conducted themselves in an unprofessional manner. No further action is warranted at this time.

Signature Authority: _____    Date: 9/30/19

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

☐ 1.  Grievable time period has expired.
☐ 2.  Submission in excess of 1 every 7 days. *
☐ 3.  Originals not submitted. *
☐ 4.  Inappropriate/Excessive attachments. *
☐ 5.  No documented attempt at informal resolution. *
☐ 6.  No requested relief is stated. *
☐ 7.  Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8.  The issue presented is not grievable.
☐ 9.  Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

Medical Signature Authority:_____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

-127 Back (Revised 11-2010)

Appendix F



## Texas Department of Criminal Justice

# STEP 2    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: 2020002082 |
| UGI Recd Date: OCT 04 2019 |
| HQ Recd Date: OCT 0 9 2019 |
| Date Due: 11-13 |
| Grievance Code: 012 |
| Investigator ID#: |
| Extension Date: |
| NOV 04 2019 |

Offender Name: Herbert D. Hay    TDCJ # 263672

Unit: Pack    Housing Assignment: A-1-38

Unit where incident occurred: Pack

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I settled this, as an act of faith, that major Sullom would do as he said, but in talk to Officer Woodard, she said that she strikes down male offenders differently than female or transgender offenders. However, such is contrary to AD 3.22, in which all inmates are subjected to the same shakedown; also the offense in the response a denial that she did it. Well, I'll let that go, as promised but she needs to be properly trained to shakedown all inmates the same w/out requiring that inmate to identify she is a transgender. She never identified a pdt policy that she relied upon. I — Please identify that policy — the one I rely on is AD-3.22 as related to cross-sex searches (routine) and as applied to transgender inmates (male & female). Otherwise this will continue to happen — my goal is to co-operate with staff to get these matters squared away so they do not continue. If they continue, one by one, then we'll need to resolve it with court action. I am showing good faith & trying to work with staff but that works both ways. Under the HIPAA confidential information of my status is still confidential (al those involved on a need to know) a search (Pat down) is applied to all persons and just transgender. It's a negligation of property (e.g policy 3.22 - to single each servant).

---

**Offender Signature:** X _Herbert Darell Hary #263672_     **Date:** _10 /01/ 2019_

**Grievance Response:**

This issue has been reviewed by The Office of the Inspector General and that office has determined that there is insufficient evidence to warrant opening a case. No further action will be taken.

Offender Signature:                          Date:

Grievance Response:

**Signature Authority:**    C. MARTINEZ        **Date:**   OCT 1 6 2019

---

**Returned because:** *Resubmit this form when corrections are made.

Offender Signature

- ☒ **1. Grievable time period has expired.**
- ☒ **2. Illegible/Incomprehensible.***
- ☒ **3. Originals not submitted. ***
- ☒ **4. Inappropriate/Excessive attachments.***
- ☒ **5. Malicious use of vulgar, indecent, or physically threatening language.**
- ☒ **6. Inappropriate.***

Signature Authority

Returned because: *Resubmit this form when corrections are made.

**CGO Staff Signature:** _____

- ☒ 1. Grievable time period has expired.
- ☒ 2. Illegible/Incomprehensible.*
- ☒ 3. Originals not submitted. *
- ☒ 4. Inappropriate/Excessive attachments.*
- ☒ 5. Malicious use of vulgar, indecent, or physically threatening language.
- ☒ 6. Inappropriate.*

I-128 Back (Revised 11-2010)

Signature Authority

Returned because: *Resubmit this form when corrections are made.

**OFFICE USE ONLY**

Initial Submission     CGO Initials: _____

Date UGI Rec'd: _____

Date CGO Rec'd: _____

  (check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

2nd Submission     CGO Initials: _____

Date UGI Rec'd: _____

Date CGO Rec'd: _____
       Date: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission     CGO Initials: _____

Date UGI Rec'd: _____

Date CGO Rec'd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**Appendix G**

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2020007248
Date Received: SEP 16 2019
Date Due: 10-31-19
Grievance Code: 624
Investigator ID #: I1600
Extension Date: 12-15-19
Date Retd to Offender:

Offender Name: Herbert Darrell Hay    TDCJ # 263672    1-58

Unit: ~~4th security Ellis II~~    Housing Assignment: A F-2-29

Unit where incident occurred: A John Sealy Hospital

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Dr. Gordon    When? 09/10/2019

What was their response? said TDCJ wont pay for surgery as Ins. & Medicare won't pay either

What action was taken? None

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 09/10/2019 I was seen for a medical condition, involved in the normal processes of treatment is hormones (Female), then implant surgery, then sex change surgery. I was informed by the Doctor Gordon that TDCJ is refusing to patients with my condition the necessary surgery for their diagnosed condition which professional Doctors consider a proper and necessary treatment. I have waited a long time to start this process, and no one advised me that I wouldn't be able to begin it before I started. When I first requested it I was referred all to that now I am getting some treatment, but being denied the complete treatment for my medical condition for non-medical reasons of Monies. This is discrimination because my medical condition is just as serious as any other medical condition, and this is the only complete medical treatment available. The denial of treatment has already effected my emotion and causes me mental anguish, as I am being told I am diagnosed as having a serious medical condition, but TDCJ will allow me to only be partially healed cause of costs, and I can expect that all other treatment is refused and it is connected to my medical need for treatment. Otherwords, I am not considered a worthy human being in the need of medical care because it costs to much. We also know that inherent in the Ins. Co.'s, and Medical decision is the bias and prejudice toward Gays (proven to exist) or any strong sexuality thats not heterosexual-- The ADA and 'BDAA enacted by Congress. We are come a long way from the bias and prejudice acts & omission, but this discrimination is not justified. It is simply what it is discrimination and it evinces "deliberate indifference" to my serious medical need for a sex change. It is a denial of Equal Protection and the Prohibition against Cruel and Unusual Punishments. See V, VIII & XIV, U.S. Const. Amend.

---

**I-127 Front** (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

_____
_____
_____
_____
_____
_____
_____
_____

...tion Requested to resolve your Complaint.

*That I be processed promptly and given implants and sex change surgery, and such costs articles be charged.*

Offender Signature: X *Herbert Darrell Hay, #263672*    Date: *09/12/2019*

Grievance Response:

The review of your electronic medical record indicates there was an assessment/evaluation of Gender dysphoria on 9/11/2019; Gender Dysphoria Progress note. There is a follow up appointment scheduled with the Provider in 12 months.

Khari Mott, MBA

Estelle Health Administrator

Signature Authority: _____    Date: *10/3/19*

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:      *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature:

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:

I-127 Back (Revised 11-2010)

OFFICE USE ONLY

Initial Submission _____  UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission _____  UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission _____  UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F



JAN 07 2020

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance #: 2020007248

UGI Recd Date: NOV 26 2019

           DEC 04 2019

HQ Recd Date: _____

Date Due: 1-10

Grievance Code: 1024

Investigator ID#: I0352

Extension Date: _____

Offender Name: Herbert Darrell Hay    TDCJ # 263672

Unit: PACK    Housing Assignment: A-1-38

Unit where incident occurred: PACK

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

I wish to appeal Step 1 (# 2020007248) as it was received by me 11/26/2019, an excessive amount of time, and I received NO extension of time.

I wish to appeal as it failed to address the merits of my complaints. If I could get the implants & surgery, then I like to get the electrolysis or be transport to a female unit or "safekeeping," as it is unsafe to keep me in general population as I've been sexual assaulted by guards and inmates, and I live and will continue to be at risk for serious injury or rape. I would prefer to get the sex-change surgery to be complete, but if I can't do that then I am requesting to be properly protected until release. As my breast enlarge, so does my rest. I am sure not going to stop when I am so close. I really need this that's why I am willing to take the risks. But you all have to realize once started — there no stopping as far as a male population is concern. Once I've been repeatedly "outed" by staff twice — it cannot be taken back. So lets go forward and finish this. I don't want to be played with as I'm a serious person, and I have a serious medical need to be complete. Its already (denied) causing me anxiety and depression, and thoughts of ending this peice off, and if it wasn't for the feel's need of for the surgery, I would do so. So lets get serious.

---

**I-128 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

Offender Signature: X _Herbert Darrell Hay #2123672_   Date: _11_/_22_/_2019_

**Grievance Response:**

A review of the Step 2 medical grievance has been completed regarding your complaints of being denied gender reassignment surgery.  You stated you were not advised the surgery would not be completed when you started the transformation from male to female.  You asked to have the gender reassignment surgery and implants to be completed.

Review of the electronic health record (EHR) indicated you were seen by the Gender Dysphoria Clinic at Hospital Galveston (HG) 9/11/2019.  No indication for surgery was made at that time.  You were advised to continue the medications as prescribed and return to the clinic as scheduled.  You currently have a follow-up appointment via Digital Medical Services (DMS) pending and will be notified when this appointment comes available.

All medications, treatments, and referrals are based on the clinical findings of the provider at the time of their assessment.  While you maintain the right to refuse any services offered, you do not have the liberty to dictate what medications, treatments, or appointments will be prescribed.  The review of the documentation indicates that you did not attempt informal resolution of your medical concerns with the medical supervisory staff. Your facility has an Informal Complaints Process in place. If you have future medical, dental, or psychiatric- related complaints, you must first attempt resolution through this process.  You are encouraged to work with the medical providers and staff to ensure the best outcome for your health care needs.  No further investigation is warranted at this time.

Offender Signature: _____   Date: _____

Grievance Response:

**STEP II MEDICAL GRIEVANCE PROGRAM**
**OFFICE OF PROFESSIONAL STANDARDS**
**TDCJ HEALTH SERVICES DIVISION**

Signature Authority: _____   Date: ₄ _12_/_6_/_19_

| | OFFICE USE ONLY |
|---|---|
| **Returned because:**   *Resubmit this form when corrections are made. | |
| | Initial Submission          CGO Initials: _____ |
| ☒ **1. Grievable time period has expired.** | Date UGI Rec'd: _____ |
| ☒ **2. Illegible/Incomprehensible.*** | Date CGO Rec'd: _____ |
| ☒ **3. Originals not submitted. *** | (check one) ____ Screened ____ Improperly Submitted |
| ☒ **4. Inappropriate/Excessive attachments.*** | Comments: _____ |
| | Date Returned to Offender: _____ |
| ☒ **5. Malicious use of vulgar, indecent, or physically threatening language.** | 2ⁿᵈ Submission          CGO Initials: _____ |
| ☒ **6. Inappropriate.*** | Date UGI Rec'd: _____ |
| | Date CGO Rec'd: _____ |
| | (check one) ____ Screened ____ Improperly Submitted |
| | Comments: _____ |
| **CGO Staff Signature:** _____ | Date Returned to Offender: _____ |
| | 3ʳᵈ Submission          CGO Initials: _____ |

Offender Signature: _____

Signature Authority: _____

Returned because:   *Resubmit this form when corrections are made.

☒ 1. Grievable time period has expired.

I-128 Back (Revised 11/2010)

☒ 3. Originals not submitted. *

☒ 4. Inappropriate/Excessive attachments.*

Date UGI Rec'd: _____

Date CGO Rec'd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**Appendix G**

# Texas Department of Criminal Justice

## STEP 1
### OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2020015581

Date Received: OCT 02 2019

Date Due: 11/10/19

Grievance Code: 645

Investigator ID #: I2047

Extension Date: _____

Date Retd to Offender: OCT 16 2019

Offender Name: Heebert Darrell Hay    TDCJ # 263672

Unit: Pack    Housing Assignment: A-1-38

Unit where incident occurred: Estelle (High Security)

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? ~~Fred~~ Von, Warden    When? 09/19/2019

What was their response? ~~Said its~~ State Classification responsible for scheduling

What action was taken? None

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I went to transfer clinic/program on 9/12/2019, and I and another Pack transgend enrolle were pulled off the return to Pack. According to Mr Von This was the State Classification w/Transportation problem. Return on 9/20/2019.

I am complaining because it disrupted my transgender treatment (Injection) as according to the medication guides they don't give transgender injection on Estelle! That is discrimination. They give injections to Diabetic & B-12 to inmates — there can't no reason why they can't give me my injection treatment ordered by an M.D. I can't get restarted on my injections until 10/3/2019 according to the nurse.

In this kind of situation — I should be transferred by Von to the Transgender clinic — directly to John Sealer hosp. in Galveston and returned the same day as my treatments are not stopped. I & S. Mendonca # _____ should not be singled out to stay two full weeks at Estelle when they let G5's set in the day room ~~and~~ leave their cells open. G5 are not ever suppose to be but among G2 nor housed on the same cell block. — It's only a matter of time until a transgender is raped or attacked by them. That's contrary to State law & this is 10 day notice that if it occurs again and I'm exposed to G5 in the dayroom I will file for an injunction to end such porosity at Estelle for Transgender inmates.

---

**I-127 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

**Action Requested to resolve your Complaint.**

That Paul Williams member whose Transgender to Transported by Von lot from John Seely Hosp. to Galveston, Tx

**Offender Signature:** X Herbert Darrell Hay, #263672          **Date:** 010/01/2019

**Grievance Response:**

There is no medical indication to support transportation by unit van. No further action warranted, if your condition worsens submit a request to be seen.

Action Requested to resolve your Complaint.

Offender Signature                                                    Date

**Signature Authority:** K Shaw                              **Date:** 10/4/19

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:          *Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution: *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission          UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2nd Submission          UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission          UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F



**Texas Department of Criminal Justice**

# STEP 2 DEC 05 2019 OFFENDER
**GRIEVANCE FORM**

Offender Name: _Herbert Darrell Hay_     TDCJ # _263672_

Unit: _PACK_     Housing Assignment: _A-1-38_

Unit where incident occurred: _PACK Unit_

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Grievance #:</td><td>2020015581</td></tr>
<tr><td>UGI Recd Date:</td><td></td></tr>
<tr><td>HQ Recd Date:</td><td>NOV 0 1 2019</td></tr>
<tr><td>Date Due:</td><td>12-12</td></tr>
<tr><td>Grievance Code:</td><td>645</td></tr>
<tr><td>Investigator ID#:</td><td>10352</td></tr>
<tr><td>Extension Date:</td><td></td></tr>
</table>

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because.* Response (# 2020015581) failed to address merits. (Mr. Strobler response that no medical evidence to support) unit Vm. Fails to address merit as Mr. Von. Warden stated it was a security (State Classification - Transportation). The bus I was rode from John Seely Brk to Estelle, had a G5 inmate in with the G2's. He was handcuffed & restraints after getting back to unit & separated in cage because the bus driver allowed him with us & No one realized it till the officer who handle him seen him. Such condition shows that the bus & housing isn't Safe for Transgender inmates. Others inmates into were transported were also inescesity exposed by "deliberate Indifference" to their protection needs and sexual assaulted. I know cause the bus driver told us this. But he still let a G5 back in our section. For Gays & Transgender inmtes (Particularly those with Breast) or particularly vulnerable to such adverse or assaults. We are women housed with men, in transit it is even more dangerous for us. So there is a security need to insure we are Transported & temporary housed in safety. We should not be so exposed is it is reckless disregard.

**I-128 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)**

Appendix G

**Offender Signature:** X _Herbert Darnell Hay #263672_   **Date:** _10 / 21 / 2019_

**Grievance Response:**

A review of the Step 2 medical grievance and documentation has been completed regarding your medical complaint you are gender dysphoria and should only be transported by van, not the bus for medical care due to having to wait overnight.

An appellate review of the Step 2 medical grievance and clinical record indicates the response at Step 1 is appropriate. Upon further review of your electronic health records (EHR), there is no indication you are required to travel by van. Furthermore, there is no documentation on your problem list or chronic care list indicating special transportation is needed. For more information on transportation of offenders, please review Correctional Managed Health Care (CMHC) policy E-42.3. Your unit of assignment is in accordant with your diagnosis of gender dysphoria. All your medical needs can be met at this time.

Further documentation indicates you did not attempt an informal resolution of your medical concern with the supervisory staff member. Please refer to Correctional Managed Health Care (CMHC) policy A-12.1, attachment A, regarding getting medical attention. No further action is warranted at this time through the grievance process.

**STEP II MEDICAL GRIEVANCE PROGRAM**
**OFFICE OF PROFESSIONAL STANDARDS**
**TDCJ HEALTH SERVICES DIVISION**

**Signature Authority:** _____   **Date:** _11/7/19_

**Returned because:**   *Resubmit this form when corrections are made.*

☒ 1. **Grievable time period has expired.**

☒ 2. **Illegible/Incomprehensible.***

☒ 3. **Originals not submitted.** *

☒ 4. **Inappropriate/Excessive attachments.***

☒ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☒ 6. **Inappropriate.***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

Initial Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

   (check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

2nd Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

   (check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

   (check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11/2010)                    **Appendix G**