United States District Court
Southern District of Texas
**ENTERED**
June 21, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HERBERT DARRELL HAY, § | |
| § | |
| *Plaintiff*, § | CIVIL ACTION NO. H-20-0651 |
| v. § | |
| § | |
| LORIE DAVIS, *ET AL.*, § | |
| § | |
| *Defendants*. § | |

### ORDER TO STAY AND ADMINISTRATIVELY CLOSE

Plaintiff's motion for leave to pursue interlocutory appeal of eight non-dispositive orders in this *pro se* state inmate civil lawsuit (Docket Entry No. 76, docketed on June 8, 2021) is DENIED.

The Fifth Circuit Court of Appeals docketed plaintiff's interlocutory appeal on June 4, 2021. Accordingly, this case is ORDERED STAYED and ADMINISTRATIVELY CLOSED pending disposition of the appeal. Plaintiff may move to reopen this case within THIRTY DAYS after the Fifth Circuit dismisses his appeal.

Signed at Houston, Texas, on June 21st, 2021.

Gray H. Miller
Senior United States District Judge